# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer **RRP** | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 1780 | **DATE** | 8/23/2010 |
| **CASE TITLE** | Robert Flaten vs. AT&T Mobility LCC | | |

**DOCKET ENTRY TEXT**

Pursuant to Joint Stipulation, the above cause is dismissed with prejudice. Rule 16 conference set for 8/26/2010 and ruling on motion to dismiss are stricken.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|